

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 14, 2021

**VIA E-Mail**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Novoa,* **21 Mag. 8720**

Dear Judge Davison:

    In light of the arrest of the defendant in the above-titled matter, the Government respectfully requests that the Complaint and related arrest warrant be unsealed.

SO ORDERED 9/14/21

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____
Qais Ghafary
Assistant United States Attorney
Tel: (914) 993-1930

Cc: Jason Ser, Esq. (via E-Mail)